SYLVANUS JORDAN, in equity, *vs.* SARAH A. CHASE.

WALTON, J. This is a suit in equity presented at the same time and supported by the same evidence as the foregoing suit of *Alley* v. *Chase*. And for one of the same reasons,—namely,

the inherent weakness and utter insufficiency of the evidence in support of the facts on which the right to the relief asked for rests,—the same entry must be made.

*Bill dismissed with costs.*

PETERS, C. J., VIRGIN, LIBBEY, HASKELL and WHITEHOUSE, JJ., concurred.

*G. P. Dutton*, for complainant.

*Wiswell, King and Peters, B. E. Tracy*, with them, for defendant.